IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>      Plaintiff,<br><br>vs.<br><br>H. TUCKER, *et al.*,<br><br>      Defendants. | Case No. 1:14-cv-01544-RRB<br><br>**<u>DISMISSAL ORDER</u>** |

On June 22, 2015, the Court entered its Order vacating its prior order granting Plaintiff Danny James Cohea leave to proceed *in forma pauperis*.[1] On July 13, 2015, the Court denied reconsideration of its June 22, 2015, Order, and granted Plaintiff through and including August 7, 2015, within which to pay the filing fee.[2] In its July 13 Order the Court warned Plaintiff that the failure to comply with that Order could result in dismissal of this action without further notice. To date Plaintiff has failed and refused to comply with the Court's July 13, 2015, Order.

Accordingly, the Complaint of file herein is hereby **DISMISSED**.[3]

**IT IS SO ORDERED** this 10th of September, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 8.

[2] Docket 10.

[3] Fed. R. Civ. P. 41(b); *Yourish v. California Amplifier*, 191 F.3d 983, 986–87 (9th Cir. 1999).